# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT, | 1:10-cv-01588 AWI SKO |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| CITY OF LINDSAY, | (Document 3) |
| Defendant. | |

By application filed on September 1, 2010, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted an application that makes the showing required by § 1915 (a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:    October 4, 2010**                    /s/ **Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE

1